UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO.

1:17-cv-06151-RJD-JO

RACHEL LABIN on behalf of herself and
all other similarly situated consumers

Plaintiff,

-against-

UNIFUND CCR, LLC AND
DISTRESSED ASSET PORTFOLIO IV, LLC

Defendants.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       April 15, 2018

 /s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: Flemington, New Jersey
       April 15, 2018

 /s/ Donald S. Maurice, Jr.
Donald S. Maurice, Jr.
Maurice Wutscher LLP
Attorney for the Defendants
5 Walter Foran Boulevard
Flemington, New Jersey 08822
Office: (908) 237-4570
Facsimile: (866) 581-9302
E-mail: dmaurice@mauricewutscher.com

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★   APR 25 2018   ★

BROOKLYN OFFICE

-1-

So ordered

s/ RJD

4/24/18